IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FELD CHEVROLET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. |
| | ) | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF REMOVAL</u>

COMES NOW Defendant Universal Underwriters Insurance Company ("Universal"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, remove this action to this Court from the Circuit Court of St. Louis County, Missouri.  In support of this removal, Defendant states as follows:

1.      On May 4, 2007, Plaintiff filed a Petition for Breach of Insurance Policy in the Circuit Court of St. Louis County, Missouri, styled Feld Chevrolet, Inc. v. Universal Underwriters Insurance Company, Cause No. 07CC-001854 (the "Circuit Court Action"). Copies of all papers and pleadings that have been filed and served in the Circuit Court Action are attached to this Notice of Removal as Exhibit A.

2.      In the Circuit Court Action, Plaintiff seeks compensation under a certain fidelity insurance policy in the amount of $301,964.78.

3.      Upon information and belief, Plaintiff is a resident of St. Louis County, Missouri.

4.      Defendant Universal is an insurance company domiciled in the State of Kansas.

5.      Diversity jurisdiction exists in this Court under 28 U.S.C. § 1332, because the matter in controversy exceeds $75,000 and the case is between citizens of different states.  This case is properly removable to this Court in accordance with 28 U.S.C. § 1441(b).

6.      This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446, within 30 days after receipt by Defendant Universal, through service or otherwise, of a copy of the initial pleadings setting forth the claim for relief upon which this action is based.   Defendant Universal's receipt of the Petition on May 24, 2007 was its first notice of this action.

7.      This is not an action described in 28 U.S.C. § 1445.

8.      In accordance with 28 U.S.C. § 1446(d), Defendant Universal is concurrently giving written notice of the filing of this Notice of Removal to Plaintiff's counsel of record and filing a copy of such notice with the Clerk of the Circuit Court of St. Louis County, Missouri.

9.      This Court is the appropriate venue for removal from the Circuit Court of St. Louis County, Missouri.

10.      By filing this Notice of Removal, Defendant Universal does not waive any defenses which may be available.

WHEREFORE, having fulfilled all statutory requirements, Defendant Universal remove the above-described action to this Court.

McCARTHY, LEONARD, KAEMMERER, OWEN,
McGOVERN, STRILER & MENGHINI, L.C.


BY:   /s/ Bryan M. Kaemmerer
       Brian E. McGovern, #3804
       Bryan M. Kaemmerer, #498692
       400 South Woods Mill Road, Suite 250
       Chesterfield, MO  63017
       (314) 392-5200
       (314) 392-5221 (Fax)

       Attorneys for Defendant Universal

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was sent by regular U.S. Mail on the 22nd day of June 2007 to:

Don R. Sherman, Esq.
Lori K. Koch, Esq.
Goffstein, Raskas, Pomerantz, Kraus & Sherman, L.L.C.
7701 Clayton Road
St. Louis, MO 63117-1371

_/s/ Bryan M. Kaemmerer_

3